Printed: 04/08/10 07:39 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD P. BULAN (521350)
**Case:** 08-13607 - VITELLO, FRANK

11089817
$450.13
5/6/10

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-023703 76-66 | 10104 | 04/08/10 | U.S. Bankruptcy Court | | | $450.13 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 312-2370376-66 | 4A | 103 | 08/15/08 | 570 | INTERNAL REVENUE SERVICE P.O. BOX 21125 PHILADELPHIA, PA 19114 | 882.98 | 882.98 | 450.13 | 450.13 |



FILED MAY - 6
BANKRUPTCY COURT
BUFFALO, N.Y.

(*) Denotes objection to Amount Filed     (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.